UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DARRYL HENRY,

                                         **JUDGMENT**

                     Plaintiff,        23 Civ. 03812 (NSR)

     -against-

CITY OF YONKERS and JOHN AND JANE DOE 1
through 10, Individually, (the names John and Jane
Doe being fictitious, as the true names are
presently unknown),

                                 Defendants.
---------------------------------------------------------------X

    **WHEREAS**, plaintiff DARRYL HENRY commenced this action by filing a complaint on or about May 8, 2023, alleging that defendants violated his federal civil rights; and

    **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

    **WHEREAS**, defendants, through the City of Yonkers, served plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on October 13, 2023;

    **WHEREAS**, on October 13, 2023; plaintiff accepted the Offer of Judgment, it is hereby,

    **ORDERED, ADJUDGED AND DECREED**, that plaintiff take judgment against defendants for the total sum of $9,500.00 in full satisfaction of all claims against the defendants herein, said $9,500.00 offer being inclusive of costs, disbursements, and attorneys' fees in plaintiff's favor.  The judgment is in full satisfaction of all claims made by plaintiff and is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of the



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___10/17/2023

City of Yonkers, or any agency thereof.

Dated: White Plains, New York
October __17__, 2023

SO ORDERED.

_____
HONORABLE NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE